UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:11 CR 364-01 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY D. MCBRIDE, | ) | **ORDER ACCEPTING PLEA** |
| | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Greg White regarding the change of plea hearing of Anthony D. McBride, which was referred to the Magistrate Judge with the consent of the parties.

On August 17, 2011, the Government filed a one-count Indictment, charging Defendant, Anthony D. McBride, with Escape in violation of Title 18 United States Code, Section 751(a). Defendant McBride was arraigned on September 6, 2011, and entered a plea of not guilty to Count 1, before Magistrate Judge Kenneth S. McHargh. On October 18, 2011, Magistrate Judge Greg White received Defendant McBride's plea of guilty to Count 1 of the Indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R.

On *de novo* review of the record, the Magistrate Judge's R&R is hereby adopted. Defendant Anthony D. McBride is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is hereby approved.

Therefore, Defendant McBride is adjudged guilty to Count 1 of the Indictment, in violation of Title 18 United States Code, Section 751(a). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation report. Sentencing will be held on January 17, 2012, at 10:00 a.m. in Courtroom 19-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

November 8, 2011